IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAMIEN MIKELL, :
       Plaintiff, : 1:16-cv-2254
:
v. : Hon. John E. Jones III
:
HARRY, *et al.*, :
       Defendants. :

## ORDER

**January 22, 2018**

**NOW THEREFORE**, for the reasons set forth in the Court's

Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 17) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed on behalf of Defendants Harry, Fair and Shoop is GRANTED. The complaint against these Defendants is DISMISSED.

2. The complaint against all Jane/John Doe Defendants and Defendant Barndt is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                              s/ John E. Jones III
                                              John E. Jones III
                                              United States District Judge